IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00771-BNB

ANGEL SALGADO,

    Applicant,

v.

WARDEN SMELSHER,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

On March 30, 2009, Applicant Angel Salgado, a State of Colorado prisoner, who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado, submitted to the Court a pleading titled, "Motion for Dismissal of Charges or in the Alternative a Writ to Produce the Said Person Before a Court Within the District of Colorado." Magistrate Judge Boyd N. Boland entered an order, on April 6, 2009, that directed the Clerk of the Court to commence a civil action and instructed Mr. Salgado to cure the deficiencies in the pleading. Mr. Salgado specifically was directed to submit his claims on a Court-approved form used in filing 28 U.S.C. § 2241 actions in this Court and either to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the $5.00 filing fee.

On May 6, 2009, Mr. Saldago submitted his claims on a proper Court-approved form used in filing § 2241 actions. Mr. Saldago, however, failed either to pay the $5.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Sanders, therefore, has failed to cure all deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 15 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00771-BNB

Angel Salgado
Prisoner No. 140201
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/18/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk